UNITED STATES COURT OF APPEALS
FOR THE SIXTHE CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINATI, OH 45202-3988

IN THE MATTER OF:

SEXTET MINING CORPORATION
   Petitioner

V.

CASE NO. 16-3749

JO AN ASHBY

And

DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
   Respondents.

## MOTION FOR ADDITIONAL TIME TO FILE BRIEFS

Comes now Brent Yonts, Attorney for Jo An Ashby, o.b.o. the estate of James Ashby, and does request additional time to submit a brief on behalf of the respondent. The deadline for briefs to be turned in now is October 14, 2016 and the undersigned requests an additional 20 days making them due November 4, 2016. As grounds therefore the undersigned states that he has been inundated with brief writing and preparing for multiple Federal black lung hearings at the end of the month as well as multiple legislative duties and is simply overwhelmed.

Accordingly, the undersigned does request an additional 20 days in which to submit the brief of the respondent. This motion is not made for purposes of delay and is respectfully submitted.

Respectfully Submitted,

S/Byonts

BRENT YONTS, PSC
114 Mill St., P.O. Box 370
Greenville, KY 42345
(270) 338-0816
(270) 338-1639 (fax)
Attorney for Claimant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above-styled Motion for Additional Time was mailed on this the 6th day of October, 2016, via first class mail, postage prepaid to the following:

Leonard Green, Clerk
U.S. Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, OH  45202-3988

Jeffrey S. Goldberg, Esq.
Office of the Solicitor
U.S. Department of Labor
Suite N-2117
Washington, DC  20210

Austin Vowels Esq.
Morton Law Office
126 North Main Street
P.O. Box 883
Henderson, KY  42410-0883

Mrs. JoAnn Ashby
P.O. Box 478
Morton's Gap, Kentucky  42440

s/Byonts
BRENT YONTS

BY:MLN